No. 451. Fairmont Glass Works v. Cub Fork Coal Co. et al. November 25, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Henry H. Hornbrook* for petitioner.

*Messrs. C. W. Nichols, Connor Hall,* and *D. C. T. Davis, Jr.,* for respondents.